1  ROBERT W. FREEMAN
   Nevada Bar No. 3062
2  Robert.Freeman@lewisbrisbois.com
   FRANCIS A. ARENAS
3  Nevada Bar No. 6557
   Francis.Arenas@lewisbrisbois.com
4  LEWIS BRISBOIS BISGAARD & SMITH LLP
   6385 S. Rainbow Boulevard, Suite 600
5  Las Vegas, Nevada 89118
   Telephone: 702.893.3383
6  Facsimile: 702.893.3789
   *Attorneys for Defendant Starr Indemnity &*
7  *Liability Company*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

***

| JOSE ARTURO BARAHONA CONTRERAS, an individual, | Case No.: 2:24-cv-02190-CDS-DJA |
|---|---|
| Plaintiff | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| vs. | |
| STARR INDEMNITY & LIABILITY COMPANY; ALPHA LANDSCAPES, LLC, Domestic Limited-Liability Company; LP EQUIPMENT, LLC, Domestic Limited-Liability Company; DOES I through X; and ROE CORPORATIONS XI through XX, | **[ECF Nos. 15, 16]** |
| Defendants | |

   IT IS HEREBY STIPULATED and AGREED between Plaintiff JOSE ARTURO BARAHONA CONTRERAS ("Plaintiff"), by and through his counsel, LAW OFFICE OF GINA M. CORENA, and Defendant STARR INDEMNITY & LIABILITY COMPANY ("Defendant"), by and through its counsel, LEWIS BRISBOIS BISGAARD & SMITH LLP, that all of Plaintiff's claims and causes of action against Defendant in the above-entitled action shall be dismissed, with prejudice, each party to bear their own attorney's fees and costs.

/ / /

/ / /

/ / /



154249431.1

IT IS FURTHER STIPULATED that Plaintiff's Motion to Enforce Settlement Agreement (ECF No. 15), is withdrawn.

| Dated this 16th day of May, 2025 | Dated this 16th day of May, 2025 |
|---|---|
| LAW OFFICE OF GINA M. CORENA | LEWIS BRISBOIS BISGAARD & SMITH LLP |
| */s/ Chet A. Glover* | */s/ Robert W. Freeman* |
| GINA M. CORENA<br>Nevada Bar No. 10330<br>CHET A. GLOVER<br>Nevada Bar No. 10054<br>300 S. Fourth Street, Suite 1400<br>Las Vegas, Nevada 89101<br>*Attorneys for Plaintiff* | ROBERT W. FREEMAN<br>Nevada Bar No. 3062<br>FRANCIS A. ARENAS<br>Nevada Bar No. 6557<br>6385 S. Rainbow Boulevard, Suite 600<br>Las Vegas, Nevada 89118<br>*Attorneys for Defendant Starr Indemnity & Liability Company* |

**ORDER**

Based on the parties' stipulation, this case is dismissed with prejudice, with each party to bear its own costs and fees. Accordingly, the plaintiff's request to withdraw the motion to enforce settlement is granted. The Clerk of Court is kindly instructed to close this case.

Dated: May 16, 2025

_____
UNITED STATES DISTRICT JUDGE